IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


ANSEL P. STREET,                     )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        1:12CV969
                                     )
MONTGOMERY COUNTY, et al.,           )
                                     )
            Defendant(s).            )


**ORDER**

On August 27, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  (Docs. 2, 3.)  Plaintiff filed a document entitled "Motion to Amend" that the court construes as objections to the Magistrate Judge's Recommendation.  (See Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be

granted.  A Judgment dismissing this action will be entered

contemporaneously with this Order.

This the 26th day of October, 2012.

_____
United States District Judge